IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* Non-Prisoner Complaint Form

*[Enter the full name of the plaintiff in this action]*

BANK OF AMERICA

_____

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

FLORINE BEESON

J. HENRY BEESON

_____

_____

_____

_____

_____

_____

_____

) Civil Action No.
) _____
) (to be assigned by Clerk)
)       Notice OF
)
)     Removal
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
USDC, CLERK CHARLESTON, SC
2015 JUL 24 P 2: 35

*If allowed by statute, do you wish to have a trial by jury?* Yes __✓__   No _____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

I.   **PREVIOUS LAWSUITS**

A.   *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes _____   No __✓__

B.   *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1.   *Parties to this previous lawsuit:*
*Plaintiff:* _____
*Defendant(s):* _____
2.   *Court:* _____

3. Docket Number: _N/A_

4. Name(s) of Judge(s) to whom case was assigned: _Hon. Mikell R. Scarborough_

5. Status of the _Petition of Removal_

   (For example, was the case dismissed? Settled? Appealed? Still Pending?)

6. Date lawsuit was filed: _N/A_

7. Date of disposition (if concluded): _____

8. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____    No _✓_

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: _____

   Address: _____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: _____

   Address: _____

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

   _____

   _____

   _____

   _____

   _____

   _____

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.  **Do not give any legal arguments
or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets of paper if
necessary.*

Hon. Mikell R. Scarborough

Bank of America

William P. Stork, Esq.

**III. STATEMENT OF CLAIM** - *continued.*

**IV. RELIEF.**

*State briefly and exactly what you want this court to do for you.*

(1) PREVENT eviction

(2) Allow me To excercise my CONSTITional Rights

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **24th** day of _____**July**_____, 20**15**.

_Florine Beeson_
*Signature of Plaintiff*

State of S.C.
County of CHARLESTON

Peggy R. Mitchem
Notary Public

My Commission Expires: 11-21-2016