To - Charleston Federal Courthouse

85 Broad Street

Charleston, South Carolina 29401

CASE NUMBER 2009-CP-10-4869

Before the Honorable Judge:_____

Attorney names:     Brock & Scott, PLLC

Attn: William P. Stork, Esq.

c/o Bank of America

Westpark Center

3800 Fernandina Road, Ste. 110
Columbia, SC 29210

Telephone: (803) 454-3540

Fax: (336) 455-7305


We are petitioning the United States Federal District Court of South Carolina.

Now comes Florine Beeson & John Henry Beeson II for pursuant TITLE 28 U S CODE SECTION 1446 for petition of this court for reasons of diversity: federal questions of law, diversity of citizenship, basic constitutional rights violatioin,

C-TITLE 5 U.S.CODE SECTION 706 & SECTION 556-D NO PROOF OF JURDICTION. Wherefore, I most respectfully pray for the following relief to remove this case to the U.S. Federal Court.

I, John Henry Beeson II, & Florine Beeson are submitting these forms for removing

1

this case for the following reasons.

# TITLE 28 U S CODE SECTION 1446

# FEDERAL QUESTIONS OF LAW

# FEDERAL QUESTIONS OF CONSTITUTION RIGHTS

# FEDERAL QUESTIONS TITLE 5 SECTION 706

# DENIED DUE PROCESS

1- Simple motion to remove page 250 sixth edition: BLACK LAW

   DICTIONARY Centennial Edition (1891-1991)

Clean Hands Doctrine. Under this Doctrine, equity will not grant relief to a party, who as actor, seeks to set judicial machinery in motion and obtain some remedy if such party in prior conduct has violated conscience or good faith or other equitable principle. Franklin v Franklin, 365 Mo. 442, 283 S.W. 2d 483,486. One seeking equitable relief cannot take advantage of one's own equitable relief cannot take advantage of one's own wrong. Fair Automotive Repair, Inc v Car-X Service Systems, Inc., 2 Dist., 128 Ill.App.3d 763, 84 Ill. Dec. 25, 471 N. E. 2d 554, 558.

# THIS OFFER IS TIME SENSITIVE JUNE 10, 2015

## TO- BROCK & SCOTT PLLC.

FAX: 336-455-7305   Phone 803-454-3540

From-Henry Beeson   ( Power of Attorney) (843-860-8176)

Signature: *Henry Beeson*

Home owner Florine Beeson on 860 King Street :

### LOAN NUMBER: 161353222

I, Florine Beeson, give my (son) Henry Beeson power of

Attorney concerning the property above:

Signature : *Florine Beeson*

### URGENT

For some one with the authority to accept my offer with payment .   My proposal :

To settle my Mother's account in full : I will exchange

one 5 K dinar note CHINESE exchange rate ( I Q N )

valued oil credits @ $95.00 per dinar = $485,263.00

Peggy R. Mitchem
Notary Public
my Commission Expires:
Nov. 21, 2016

*Florine Beeson*

Florine Beeson

*J. Henry Beeson*

J. Henry Beeson

State of SOUTH CAROLINA    County of CHARLESTON

*Peggy R. Mitchem*

Notary Public

My Commission Expires: 11-21-2016

3

To - Charleston Federal Courthouse

85 Broad Street

Charleston, South Carolina 29401

CASE NUMBER 2009-CP-10-4869

Before the Honorable Judge:_____

Attorney names:       Brock & Scott, PLLC

Attn: William P. Stork, Esq.

c/o Bank of America

Westpark Center

3800 Fernandina Road, Ste. 110
Columbia, SC 29210
Telephone: (803) 454-3540

Fax: (336) 455-7305

We are petitioning the United States Federal District Court of South Carolina.

Now comes Florine Beeson & John Henry Beeson II for pursuant TITLE 28 U S CODE SECTION 1446 for petition of this court for reasons of diversity: federal questions of law, diversity of citizenship, basic constitutional rights violatioin,

C-TITLE 5 U.S.CODE SECTION 706 & SECTION 556-D NO PROOF OF JURDICTION. Wherefore, I most respectfully pray for the following relief to remove this case to the U.S. Federal Court.

I, John Henry Beeson II, & Florine Beeson are submitting these forms for removing

1

this case for the following reasons.

# TITLE 28 US CODE SECTION 1446

# FEDERAL QUESTIONS OF LAW

# FEDERAL QUESTIONS OF CONSTITUTION RIGHTS

# FEDERAL QUESTIONS TITLE 5 SECTION 706

# DENIED DUE PROCESS

1- Simple motion to remove page 250 sixth edition: BLACK LAW

    DICTIONARY Centennial Edition (1891-1991)

Clean Hands Doctrine. Under this Doctrine, equity will not grant relief to a party, who as actor, seeks to set judicial machinery in motion and obtain some remedy if such party in prior conduct has violated conscience or good faith or other equitable principle. Franklin v Franklin, 365 Mo. 442, 283 S.W. 2d 483,486. One seeking equitable relief cannot take advantage of one's own equitable relief cannot take advantage of one's own wrong. Fair Automotive Repair, Inc v Car-X Service Systems, Inc., 2 Dist., 128 Ill.App.3d 763, 84 Ill. Dec. 25, 471 N.E. 2d 554, 558.

2

*Florine Beeson*

Florine Beeson

*J. Henry Beeson*

J. Henry Beeson

State of **South Carolina** County of **Charleston**

*Peggy R. Mitchem*

Notary Public

My Commission Expires: **11-21-2016**

3

_Florine Beeson_

Florine Beeson

_J. Henry Beeson_

J. Henry Beeson

State of _SOUTH CAROLINA_     County of _CHARLESTON_

_Peggy R. Mitchem_

Notary Public

My Commission Expires: _11·21·2016_

3

*Florine Beeson*

Florine Beeson

*J. Henry Beeson*

J. Henry Beeson

State of _SOUTH CAROLINA_   County of _CHARLESTON_

*Peggy R. Mitchen*

Notary Public

My Commission Expires: _11·21·2016_

3

_Florine Beeson_  
Florine Beeson

_J. Henry Beeson_  
J. Henry Beeson

State of SOUTH CAROLINA    County of CHARLESTON

_Peggy R. Mitchem_  
Notary Public

My Commission Expires: 11·21·2016

3