Bank of America N.A          Plaintiff          IN THE COURT OF COMMON PLEAS

v                                               FOR THE NINTH JUDICAL CIRCUT

 Florine Beeson             Defendant           C/A NO: 2009-CP-10-04469

To-Common Pleas and General Sessions            C/A NO:215-CV-2926-RMG-BM

100 Broad Street, Suite 106

Charleston, South Carolina 29401-2258

Office Hours     Monday-Friday: 8:30 a.m. - 5 p.m.

Phone: (843) 958-5000     Fax: (843) 958-5020

To Attorney names: BROCK & SCOTT,PLLC

C/O:  BANK OF AMERICA

Westpark Center Road, Ste. 110

Attn: William P. Stork, Esq

Columbia, S.C 29219

Telephone: (803) 454-3540  **Fax: (336) 455-7305**

To- M/Deputy M. Harrison

Civil Process, Special Operations

Charleston County Sheriff's Office

Phone: (843) 958-2111

Bank of America N.A

 Please Notice all Attachments if you continue with this  Court Order.
Do you understand?   lis pendents defined on next page.

*[signed] J-N-Beeson*

1

lis pendens

a suit pending in a court that concerns the title to land

a notice filed to warn interested persons of such a suit

*J.W. Beaser*