From-Henry Beeson & Florine Beeson ( senior citizens)

860 King Street

Mt. Pleasant, S.C 29464

(843) 860-8176

To-Sheriff Al Cannon

To-M/Deputy M. Harrison

Civil Process, Special Operations

Charleston County Sheriff's Office

(843) 958-2111   (843)554-2230

Dear Sheriff Al Cannon  & M/ Deputy M. Harrison,

This letter is to place you on notice if you proceed with your court order to seize the property at the above address. You are being used as a door mat by Judge Scarborough. You will be included in my law suit against Bank Of America. and all parties that come against Florine Beeson & Henry Beeson. Notice your letter to me and all OCCUPANTS has been stamped and entered in the United States Federal Court records.  I noticed you used the words forcible entry which is an act of violence. I have posted on both of my front doors a LEGAL NOTICE TO ALL PUBLIC SERVANTS  ( NO TRESPASSING ).   Immunities are revoked as of September 1, 2013 by Papal decree. Please notice all attachments are filed with the clerk of court and  I would also like to remind you  that you are still  our public servants and need to conduct yourself in a kind manner.

And may harmony, peace, joy, love & laughter be with you always.

Henry Beeson

1