

2015 AUG -6  A 8:43

August 6, 2015

Charleston Federal Court House

85 Broad Street

Charleston, S. C. 29401

Re: Florine Beeson vs Bank of America

### CASE NO 215-CV-2926-RMG-BM

Dear Judge:

This is to let you know that my mother and I continue to receive our mail at 860 King St., Mt. Pleasant, S. C. 29464, and are currently staying with a close friend.

Sincerely,

*Henry Beeson*

Henry Beeson, POA

cc: Bank of America

   Attn: William P. Stork, Esq.

1