Aug. 6, 2015

RECEIVED
USDC. CLERK, CHARLESTON, SC

2015 AUG -6  P 2:50

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FILED
2015 AUG -6  PM 2:30
JULIE J. ARMSTRONG
CLERK OF COURT
BY_____

Bank of America, Plaintiff          C/A 2:15CV-2926-RMG-BM

vs.                                 Case no. 2009-CP10-4869

Florine Beeson, Defendant (Henry Beeson, POA)

Now comes Florine Beeson and Henry Beeson, LL, and here before this honorable court and giving announcement that this matter being removed to the U.S. Federal Court for further process. The plaintiff in the S. C. District Circuit Court are continuing to move forward with the eviction. We need the Federal Court to take action immediately and come to our aid. The S.C. Circuit Court is just ignoring the Federal Court. I have petitioned the Federal Court for relief/ removal from the State Court, but the plaintiffs in the State Court are not listening to anything the Federal Court is doing. I need your help.

Most respectfully submitted.

_Florine Beeson_            _Henry Beeson_
Florine Beeson              Henry Beeson

State of _South Carolina_   County of _Charleston_
Notary Public _Peggy R. Mitchem_
My Commission Expires: _Nov. 21, 2015_

I, Florine Beeson, would very much appreciate the Court allowing my son, Henry Beeson, to continue serving as my Power of Attorney which was recorded and appproved on June 23, 2015, by the RMC Office.

1