UNITED STATES DISTRICT

DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC
2015 AUG 13 A 8: 52

Bank of America        Plantiff            C/A: 2:15-2926-RMG-BM

vs

Florine Beeson     Defendant

In response Plaintiff Bank of America filed motion (ECF No. 4) to remand this action to the Common Pleas for Charleston County, South Carolina is being objected by me Florine Beeson for the following reasons. Notice the following reasons.

Please notice Attachment 1 :

Sincerely,

*Florine Beeson*

Florine Beeson

1