# 1

Wherefore, I most respectfully pray for the following relief to remove this case to the U.S. Federal Court.

I, ~~John Henry Beeson II, &~~ Florine Beeson are submitting these forms for removing this case for the following reasons.

TITLE 28 U S CODE SECTION 1446

FEDERAL QUESTIONS OF LAW

FEDERAL QUESTIONS OF CONSTITUTION RIGHTS

FEDERAL QUESTIONS TITLE 5 SECTION 706

DENIED DUE PROCESS

1- Simple motion to remove page 250 sixth edition: BLACK LAW DICTIONARY Centennial Edition (1891-1991)

Clean Hands Doctrine. Under this Doctrine, equity will not grant relief to a party, who as actor, seeks to set judicial machinery in motion and obtain some remedy if such party in prior conduct has violated conscience or good faith or other equitable principle. Franklin v Franklin, 365 Mo. 442, 283 S.W. 2d 483,486. One seeking equitable relief cannot take advantage of one's own equitable relief cannot take advantage of one's own wrong. Fair Automotive Repair, Inc v Car-X Service Systems, Inc., 2 Dist., 128 Ill.App.3d 763, 84 Ill. Dec. 25, 471 N. E. 2d 554, 558.